AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Jones, James P. | 2. Court or Organization<br><br>Western District of Virginia | 3. Date of Report<br><br>08/01/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - active | 5a. Report Type (check appropriate type)<br>☐ Nomination　　Date<br>☐ Initial　☑ Annual　☐ Final<br>5b. ☐　Amended Report | 6. Reporting Period<br><br>1/1/2018<br>to<br>12/31/2018 |
| 7. Chambers or Office Address<br><br>180 West Main Street<br>Rm. 104<br>Abingdon, VA 24210 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | The Duke Endowment Trustee's fees |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P. | 08/01/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P. | 08/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. The Doris Duke Trust, income beneficiary | D | Dividend | P3 | T | | | | | |
| 2. Trust No. 1, income beneficary | D | Dividend | O | T | | | | | |
| 3. Trust No. 2, income beneficary | D | Dividend | P2 | T | | | | | |
| 4. Trust No. 3, income benficiary | D | Dividend | P2 | T | | | | | |
| 5. Trust No. 4, income benficiary | E | Dividend | P1 | T | | | | | |
| 6. Hennessy Gas Utility Index Fund | A | Dividend | K | T | | | | | |
| 7. Berkshire Hathaway B common stock | | None | J | T | | | | | |
| 8. Chevron Corp common stock | D | Dividend | M | T | | | | | |
| 9. Duke Energy common stock | E | Dividend | O | T | | | | | |
| 10. Exxon Mobil common stock | D | Dividend | N | T | | | | | |
| 11. IBM common stock | D | Dividend | M | T | | | | | |
| 12. AT&T Inc common stock | B | Dividend | K | T | | | | | |
| 13. T. Rowe Price Va Bond Fund | C | Dividend | M | T | | | | | |
| 14. T. Rowe Price Summit Muncipal Intermediate Fund | B | Dividend | L | T | | | | | |
| 15. T. Rowe Price Growth Stock Fund | E | Dividend | O | T | | | | | |
| 16. T. Rowe Price New Horizons Fund | E | Dividend | M | T | | | | | |
| 17. T. Rowe Price New Asia Fund | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P. | 08/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Redeemed (part) | 01/22/18 | J | A | |
| 19. | | | | | Redeemed (part) | 02/21/18 | J | A | |
| 20. | | | | | Redeemed (part) | 03/21/18 | J | A | |
| 21. | | | | | Redeemed (part) | 04/23/18 | J | A | |
| 22. | | | | | Redeemed (part) | 05/21/18 | J | A | |
| 23. | | | | | Redeemed (part) | 06/21/18 | J | A | |
| 24. | | | | | Redeemed (part) | 07/23/18 | J | A | |
| 25. | | | | | Redeemed (part) | 09/21/18 | J | A | |
| 26. | | | | | Redeemed (part) | 10/22/18 | J | A | |
| 27. | | | | | Redeemed (part) | 11/21/18 | J | A | |
| 28. | | | | | Redeemed (part) | 12/21/18 | J | A | |
| 29. T. Rowe Price Int'l Stock Fund | D | Dividend | M | T | | | | | |
| 30. T. Rowe Price Int'l Stock Fund | D | Dividend | M | T | Redeemed (part) | 01/22/18 | J | A | |
| 31. | | | | | Redeemed (part) | 02/21/18 | J | A | |
| 32. | | | | | Redeemed (part) | 03/21/18 | J | A | |
| 33. | | | | | Redeemed (part) | 04/23/18 | J | A | |
| 34. | | | | | Redeemed (part) | 05/21/18 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P. | 08/01/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Redeemed (part) | 06/21/18 | J | A | |
| 36. | | | | | Redeemed (part) | 07/23/18 | J | A | |
| 37. | | | | | Redeemed (part) | 08/21/18 | J | A | |
| 38. | | | | | Redeemed (part) | 09/21/18 | J | A | |
| 39. | | | | | Redeemed (part) | 10/22/18 | J | A | |
| 40. | | | | | Redeemed (part) | 11/21/18 | J | A | |
| 41. | | | | | Redeemed (part) | 12/21/18 | J | A | |
| 42. T. Rowe Price New Income Fund | E | Dividend | O | T | | | | | |
| 43. T. Rowe Price Government Money Fund | C | Dividend | N | T | | | | | |
| 44. T. Rowe Price Science & Tech. Fund | F | Dividend | N | T | | | | | |
| 45. T. Rowe Price Blue Chip Growth Fund | E | Dividend | P1 | T | | | | | |
| 46. T. Rowe Price Equity Index 500 Fund | A | Dividend | M | T | Redeemed (part) | 01/22/18 | J | A | |
| 47. | | | | | Redeemed (part) | 02/21/18 | J | A | |
| 48. | | | | | Redeemed (part) | 03/21/18 | J | A | |
| 49. | | | | | Redeemed (part) | 04/23/18 | J | A | |
| 50. | | | | | Redeemed (part) | 05/21/18 | J | A | |
| 51. | | | | | Redeemed (part) | 06/21/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P. | 08/01/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Redeemed (part) | 07/23/18 | J | A | |
| 53. | | | | | Redeemed (part) | 08/21/18 | J | A | |
| 54. | | | | | Redeemed (part) | 09/21/18 | J | A | |
| 55. | | | | | Redeemed (part) | 10/22/18 | J | A | |
| 56. | | | | | Redeemed (part) | 11/21/18 | J | A | |
| 57. | | | | | Redeemed (part) | 12/21/18 | J | A | |
| 58. T. Rowe Price Equity Index 500 Fund | E | Dividend | O | T | Redeemed (part) | 01/23/18 | J | A | |
| 59. | | | | | Redeemed (part) | 02/23/18 | J | A | |
| 60. | | | | | Redeemed (part) | 03/23/18 | J | A | |
| 61. | | | | | Redeemed (part) | 04/23/18 | J | A | |
| 62. | | | | | Redeemed (part) | 05/23/18 | J | A | |
| 63. | | | | | Redeemed (part) | 06/23/18 | J | A | |
| 64. | | | | | Redeemed (part) | 07/23/18 | J | A | |
| 65. | | | | | Redeemed (part) | 08/23/18 | J | A | |
| 66. | | | | | Redeemed (part) | 09/23/18 | J | A | |
| 67. | | | | | Redeemed (part) | 10/23/18 | J | A | |
| 68. | | | | | Redeemed (part) | 11/23/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P. | 08/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Redeemed (part) | 12/23/18 | J | A | |
| 70. T. Rowe Price Value Fund | F | Dividend | M | T | | | | | |
| 71. T. Rowe Price Equity Income | E | Dividend | M | T | | | | | |
| 72. T. Rowe Price High Yield Fund | A | Dividend | L | T | Redeemed (part) | 01/22/18 | J | A | |
| 73. | | | | | Redeemed (part) | 02/21/18 | J | A | |
| 74. | | | | | Redeemed (part) | 03/21/18 | J | A | |
| 75. | | | | | Redeemed (part) | 04/23/18 | J | A | |
| 76. | | | | | Redeemed (part) | 05/21/18 | J | A | |
| 77. | | | | | Redeemed (part) | 06/21/18 | J | A | |
| 78. | | | | | Redeemed (part) | 07/23/18 | J | A | |
| 79. | | | | | Redeemed (part) | 08/21/18 | J | A | |
| 80. | | | | | Redeemed (part) | 09/21/18 | J | A | |
| 81. | | | | | Redeemed (part) | 10/22/18 | J | A | |
| 82. | | | | | Redeemed (part) | 11/21/18 | J | A | |
| 83. | | | | | Redeemed (part) | 12/21/18 | J | A | |
| 84. T. Rowe Price Summit Cash Reserves | A | Dividend | K | T | Redeemed (part) | 01/22/18 | J | A | |
| 85. | | | | | Redeemed (part) | 02/21/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Redeemed (part) | 03/21/18 | J | A | |
| 87. | | | | | Redeemed (part) | 04/23/18 | J | A | |
| 88. | | | | | Redeemed (part) | 05/21/18 | J | A | |
| 89. | | | | | Redeemed (part) | 06/21/18 | J | A | |
| 90. | | | | | Redeemed (part) | 07/23/18 | J | A | |
| 91. | | | | | Redeemed (part) | 08/21/18 | J | A | |
| 92. | | | | | Redeemed (part) | 09/21/18 | J | A | |
| 93. | | | | | Redeemed (part) | 10/22/18 | J | A | |
| 94. | | | | | Redeemed (part) | 11/21/18 | J | A | |
| 95. | | | | | Redeemed (part) | 12/21/18 | J | A | |
| 96. Wells Fargo bank account | A | Interest | K | T | | | | | |
| 97. Highlands Union bank account | | None | L | T | | | | | |
| 98. J P Morgan bank account | | None | K | T | | | | | |
| 99. Virginia529 Plan James River Portfolio | D | Dividend | O | T | Buy (add'l) | 02/15/18 | K | | |
| 100. | | | | | Sold (part) | 08/13/18 | K | A | |
| 101. Transamerica TS&W Int'l Equity Portfolio | C | Dividend | N | T | | | | | |
| 102. Allstate Corp common stock | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P. | 08/01/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "X" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Alphabet Inc common stock | | None | L | T | | | | | |
| 104. AMC Networks Inc. common stock | | None | L | T | | | | | |
| 105. American Express Co. common stock | A | Dividend | L | T | | | | | |
| 106. Amerisourcebergan Co common stock | A | Dividend | | | Buy | 09/17/18 | K | | |
| 107. | | | | | Sold | 12/31/18 | K | A | |
| 108. Avnet Inc common stock | A | Dividend | | | Sold | 10/10/18 | M | B | |
| 109. Berkshire Hathaway B common stock | | None | L | T | | | | | |
| 110. Chevron Corp common stock | B | Dividend | K | T | | | | | |
| 111. Chubb LTD common stock | A | Dividend | J | T | | | | | |
| 112. Cisco Systems Inc common stock | C | Dividend | L | T | | | | | |
| 113. C 1 T Group Inc common stock | A | Dividend | K | T | | | | | |
| 114. Comerica Inc common stock | A | Dividend | L | T | | | | | |
| 115. Disney Walt Co common stock | A | Dividend | L | T | | | | | |
| 116. Dominion Resources Inc common stock | B | Dividend | K | T | | | | | |
| 117. Emerson Electric Co common stock | A | Dividend | J | T | | | | | |
| 118. Ford Motor Co common stock | | None | | | Buy | 07/27/18 | K | | |
| 119. | | | | | Sold | 10/10/18 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P. | 08/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. EOG Resources, Inc common stock | A | Dividend | L | T | | | | | |
| 121. Garrett Motion Inc | | None | | | Spinoff (from line 226) | 10/25/18 | J | | |
| 122. | | | | | Sold | 10/25/18 | J | A | |
| 123. Johnson & Johnson common stock | B | Dividend | M | T | | | | | |
| 124. JPMorgan Chase & Co common stock | C | Dividend | M | T | | | | | |
| 125. Kellogg Co. common stock | B | Dividend | | | Sold | 04/20/18 | K | A | |
| 126. L-3 Technologies Inc common stock | A | Dividend | K | T | | | | | |
| 127. Laboratory Corp of America common stock | | None | L | T | | | | | |
| 128. Liberty Expedia Hold common stock | | None | K | T | | | | | |
| 129. Liberty Interactv common stock | | None | K | T | | | | | |
| 130. Linde plc common stock (X) | | None | J | T | | | | | |
| 131. Liberty Media Coip Common Stock C Sirius XM | | None | K | T | | | | | |
| 132. Macy's Inc common stock | A | Dividend | K | T | | | | | |
| 133. Michael Kors Holdings common stock | | None | | | Sold | 02/14/18 | L | E | |
| 134. Microsoft Corp common stock | B | Dividend | L | T | | | | | |
| 135. Netapp Inc common stock | B | Dividend | | | Sold (part) | 02/14/18 | K | E | |
| 136. | | | | | Sold | 10/10/18 | L | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P. | 08/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. News Corp common stock A | A | Dividend | L | T | Sold (part) | 12/31/18 | L | A | |
| 138. Norfolk Southern common stock | B | Dividend | L | T | | | | | |
| 139. Northrop Grumman Corp common stock | A | Dividend | K | T | | | | | |
| 140. Oracle Corp common stock | B | Dividend | L | T | | | | | |
| 141. P G & E Corp common stock | | None | | | Buy | 07/27/18 | L | | |
| 142. | | | | | Sold | 12/10/18 | K | A | |
| 143. Pfizer Inc common stock | B | Dividend | L | T | | | | | |
| 144. PPL Corp common stock | B | Dividend | K | T | | | | | |
| 145. Praxair, Inc common stock | A | Dividend | | | Merged (with line 130) | 10/31/18 | J | | |
| 146. Prudential Financial Inc common stock | B | Dividend | K | T | | | | | |
| 147. Resideo Technologies Inc common stock | | None | | | Spinoff (from line 226) | 10/29/18 | J | | |
| 148. | | | | | Sold | 11/20/18 | J | A | |
| 149. Rockwell Collins Inc common stock | A | Dividend | | | Merged (with line 273) | 11/26/18 | J | | |
| 150. Schlumberger Ltd common stock | A | Dividend | K | T | | | | | |
| 151. SPDR S&P 500 ETF | | None | M | T | | | | | |
| 152. Siemans AG ADR | A | Dividend | K | T | | | | | |
| 153. Target Corp common stock | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P. | 08/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Total SA sponsored ADR | A | Dividend | J | T | | | | | |
| 155. Unilever NV common stock | A | Dividend | K | T | | | | | |
| 156. Vanguard Interm Term Tax Exempt Fund | D | Dividend | N | T | | | | | |
| 157. Vanguard Long Term Tax Exempt Fund | A | Dividend | K | T | | | | | |
| 158. Vanguard Ltd Term Tax Exempt Fund | A | Dividend | J | T | | | | | |
| 159. Willis Towers Watson plc common stock | A | Dividend | K | T | | | | | |
| 160. Wells Fargo Bk NA common stoick | A | Dividend | K | T | | | | | |
| 161. Xilinx Inc common stock | A | Dividend | K | T | | | | | |
| 162. Schwab U.S. Treas Money Fund | C | Dividend | M | T | | | | | |
| 163. Arlington Cnty Va muni bond | A | Interest | K | T | | | | | |
| 164. Orange Co VA muni bond | A | Interest | K | T | | | | | |
| 165. American International Group common stock | A | Dividend | L | T | | | | | |
| 166. Cigna Corp common stock | A | Dividend | M | T | | | | | |
| 167. National Grid Plc common stock | A | Dividend | | | Sold | 04/20/18 | J | A | |
| 168. Amerisourcebergen Co common stock | A | Dividend | | | Buy | 09/17/18 | K | | |
| 169. | | | | | Sold | 12/31/18 | K | A | |
| 170. Air Products & Chemicals Inc common stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P. | 08/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Amazon Com Inc common stock | | None | K | T | | | | | |
| 172. Apple Inc common stock | A | Dividend | M | T | | | | | |
| 173. AT&T Inc common stock | A | Dividend | J | T | | | | | |
| 174. Autozone Inc common stock | | None | J | T | | | | | |
| 175. Bank of America Corp common stock | A | Dividend | J | T | | | | | |
| 176. Boston Scientific Corp common stock | | None | J | T | | | | | |
| 177. Brighthouse Financial Inc common stock | | None | J | T | | | | | |
| 178. Campbell Soup Co common stock | A | Dividend | J | T | | | | | |
| 179. Cardinal Health Inc common stock | B | Dividend | | | Sold | 04/20/18 | L | A | |
| 180. Caterpillar Inc common stock | A | Dividend | J | T | | | | | |
| 181. CBS Corp Class B common stock | A | Dividend | J | T | | | | | |
| 182. Celgene Corp common stock | | None | | | Sold | 12/06/18 | K | A | |
| 183. Centerpoint Energy Inc common stock | A | Dividend | J | T | | | | | |
| 184. Cisco Systems Inc common stock | C | Dividend | M | T | | | | | |
| 185. Citigroup Inc New common stock | A | Dividend | K | T | | | | | |
| 186. Citrix Systems Inc common stock | A | Dividend | J | T | | | | | |
| 187. Coca-Cola Co common stock | C | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Colgate Palmolive Co common stock | A | Dividend | J | T | | | | | |
| 189. Columbia Dividend Income Fund Cl Z | | None | L | T | | | | | |
| 190. Columbia Va Intermed Mun Bd Fund | B | Dividend | L | T | | | | | |
| 191. Columbia Income Opportunities Fund | B | Dividend | K | T | | | | | |
| 192. Columbia Short Term Mun Bd Fund Cl Z | B | Dividend | M | T | | | | | |
| 193. Comcast Corp Cl A common stock | B | Dividend | K | T | Buy (add'l) | 03/26/18 | K | | |
| 194. Constellations Brands Inc A common stock | A | Dividend | K | T | | | | | |
| 195. CVS Health Corp. common stock | A | Dividend | | | Sold | 12/31/18 | K | A | |
| 196. CSX Corp common stock | A | Dividend | K | T | | | | | |
| 197. Darden Restaurants Inc common stock | A | Dividend | J | T | | | | | |
| 198. Dell Technologies Inc common stock | | None | L | T | Sold (part) | 07/27/18 | K | E | |
| 199. Devon Energy Corp common stock | A | Dividend | J | T | | | | | |
| 200. Dish Network Corp common stock | | None | | | Buy (add'l) | 02/15/18 | J | | |
| 201. | | | | | Buy (add'l) | 02/16/18 | J | | |
| 202. | | | | | Buy (add'l) | 04/20/18 | J | | |
| 203. | | | | | Sold | 06/13/18 | L | A | |
| 204. Dominion Energy Inc common stock | B | Dividend | K | T | Buy (add'l) | 04/20/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. DowDuPont Inc common stock | A | Dividend | J | T | | | | | |
| 206. Eaton Corp PLC common stock | A | Dividend | J | T | | | | | |
| 207. EMC Corp Mass common stock | A | Dividend | L | T | | | | | |
| 208. Emerson Electric Co common stock | A | Dividend | J | T | | | | | |
| 209. EOG Resouces Inc common stock | A | Dividend | K | T | | | | | |
| 210. Equinix Inc common stock | C | Dividend | L | T | | | | | |
| 211. Express Scripts Hldg common stock | | None | | | Merged (with line 166) | 12/20/18 | J | | |
| 212. FirstEnergy Corp common stock | C | Dividend | M | T | | | | | |
| 213. Goldman Sachs Group Inc | A | Dividend | J | T | | | | | |
| 214. EOG Resources Inc common stock | A | Dividend | J | T | | | | | |
| 215. Estee Lauder Cos Inc Cl A common stock | | None | J | T | | | | | |
| 216. Exxon Mobil Corp common stock | A | Dividend | K | T | | | | | |
| 217. Fortune Brands Home & Sec common stock | A | Dividend | J | T | | | | | |
| 218. General Electric Co common stock | A | Dividend | J | T | | | | | |
| 219. | | | | | | | | | |
| 220. General Mills Inc common stock | A | Dividend | J | T | | | | | |
| 221. General Motors Co common stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. Gilead Sciences Inc common stock | C | Dividend | L | T | Buy (add'l) | 12/06/18 | K | | |
| 223. | | | | | Sold (part) | 12/31/18 | L | A | |
| 224. Halliburton Co. common stock | A | Dividend | J | T | | | | | |
| 225. Home Depot Inc common stock | A | Dividend | J | T | | | | | |
| 226. Honeywell International Inc common stock | A | Dividend | K | T | | | | | |
| 227. Humana Inc common stock | A | Dividend | J | T | | | | | |
| 228. Intercontinental Exchange Inc common stock | A | Dividend | J | T | | | | | |
| 229. Invesco Ltd common stock | A | Dividend | J | T | | | | | |
| 230. iShares Barclays Tips Bond ETF | A | Dividend | | | Sold | 10/10/18 | K | A | |
| 231. iShares Russell Mid-Cap Index ETF | A | Dividend | N | T | | | | | |
| 232. iShares MSCI EAFE ETF | C | Dividend | N | T | | | | | |
| 233. iShares Russell 2000 ETF | C | Dividend | M | T | | | | | |
| 234. Ivy Larg Cap Growth Fund | A | Dividend | J | T | | | | | |
| 235. Johnson & Johnson common stock | A | Dividend | L | T | | | | | |
| 236. Kar Auction Services common stock | | None | | | Sold | 07/27/18 | K | D | |
| 237. Kroger Co common stock | A | Dividend | K | T | | | | | |
| 238. Kraft Heinz Co. common stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P. | 08/01/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Lam Research Corp common stock | | None | J | T | | | | | |
| 240. Legg Mason BW Absolute Return Opp Fund Cl Z | A | Dividend | K | T | | | | | |
| 241. Lennar Corp Cl A common stock | | None | J | T | | | | | |
| 242. Lennar Corp Cl B comon stock | A | Dividend | | | Sold | 10/25/18 | J | A | |
| 243. Lowes Companies Inc common stock | A | Dividend | J | T | | | | | |
| 244. Managers AMG Funds - TimesSquare Mid Cap Growth fund | | None | K | T | | | | | |
| 245. Marathon Pete Corp common stock | A | Dividend | | | Sold | 02/14/18 | K | D | |
| 246. Matthews Pacific Tier Instl Fund | A | Dividend | K | T | | | | | |
| 247. MetLife Inc, common stock | A | Dividend | | | Sold | 02/01/18 | J | A | |
| 248. McKesson Corp common stock | A | Dividend | L | T | Sold (part) | 09/17/18 | L | A | |
| 249. | | | | | Buy (add'l) | 12/31/18 | L | | |
| 250. Microsoft Corp common stock | B | Dividend | K | T | | | | | |
| 251. Monsanto Co common stock | A | Dividend | | | Sold | 06/07/18 | J | A | |
| 252. Mondelez Intl Inc common stock | A | Dividend | J | T | | | | | |
| 253. NASDAQ OM X Group common stock | A | Dividend | K | T | | | | | |
| 254. News Corp common stock | A | Dividend | K | T | | | | | |
| 255. Nextera Energy Inc common stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. Nike Inc B common stock | A | Dividend | J | T | | | | | |
| 257. Norfolk Southern Corp common stock | B | Dividend | L | T | | | | | |
| 258. Occidental Petroleum Corp common stock | A | Dividend | J | T | | | | | |
| 259. Oracle Corp common stock | A | Dividend | K | T | | | | | |
| 260. Permanent Portfolio Fund | | None | K | T | | | | | |
| 261. Pfizer Inc common stock | B | Dividend | K | T | | | | | |
| 262. PIMCO All Asset All Authority Fund | | None | J | T | | | | | |
| 263. Principal Pfd Secs Fd Instl Cl | C | Dividend | L | T | | | | | |
| 264. Prudential Financial Inc common stock | A | Dividend | K | T | | | | | |
| 265. Qualcomm Inc common stock | C | Dividend | M | T | Sold (part) | 07/27/18 | K | B | |
| 266. Schlumberger Ltd common stock | A | Dividend | J | T | | | | | |
| 267. SPDR Gold Trust fund | | None | J | T | | | | | |
| 268. Templeton Global Bd Fund | A | Dividend | K | T | | | | | |
| 269. Target Corp common stock | B | Dividend | K | T | | | | | |
| 270. Time Inc common stock | A | Dividend | J | T | | | | | |
| 271. Time Warner Inc New common stock | | None | | | Merged (with line 173) | 06/15/18 | J | | |
| 272. Union Pacific Service common stock | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P. | 08/01/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. United Technologies Corp common stock | A | Dividend | J | T | Buy (add'l) | 11/28/18 | K | | |
| 274. Unitedhealth Group Inc common stock | A | Dividend | J | T | | | | | |
| 275. US Bancorp Del common stock | A | Dividend | J | T | | | | | |
| 276. Vanguard REIT | A | Dividend | K | T | | | | | |
| 277. Verizon Communications Inc common stock | B | Dividend | L | T | | | | | |
| 278. Vertex Pharmaceuticals Inc common stock | | None | J | T | | | | | |
| 279. Visa Inc. | A | Dividend | J | T | | | | | |
| 280. Xilinx Corp common stock | A | Dividend | | | Sold | 10/10/18 | L | E | |
| 281. Yum Brands Inc common stock | A | Dividend | J | T | | | | | |
| 282. Yum China Hldgs Inc common stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Jones, James P.** | 08/01/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII Investment and Trusts

Express Scripts Hldg (211) merged with Cigna Corp (166) in 2018

Resideo Technologies Inc ((147) was spin off from from Hoenywell International Inc (226) in 2018

Garrett Motion Inc (121) was spin off from Honeywell International Inc (226) in 2018

Praxair Inc (145) merged with Linde plc (130) in 2018

Rockwell Collins Inc (149) merged with United Technologies Corp (273) in 2018

Time Warner Inc New (271) merged with A T & T Inc (173) in 2018

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P. | 08/01/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James P. Jones**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544